UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MICHAEL RUMSEY, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) ) | Civil Action No. 24-CV-12187-AK |
| v. | ) ) | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) | |
| Defendant. | ) ) ) | |

**FINAL ORDER OF JUDGMENT AND DECLARATORY JUDGMENT**

**ANGEL KELLEY, D.J.**

This action coming before the Court, the issues and parties having been fully heard, and the Court having rendered its decisions,

It is hereby **ORDERED** that Plaintiff's [Dkt. 54] Motion for Judgment Under Rules 12(c) and 58(d) is **GRANTED**, and it is **DECLARED**, where Plaintiff filed a timely charge of discrimination with the Equal Employment Opportunity Commission ("EEOC") and filed his arbitration demand within ninety days of receiving his right-to-sue notice from the EEOC, that the 300-day deadline for filing a demand for arbitration is invalid, the arbitration agreement cannot waive the statute of limitations of the Age Discrimination in Employment Act ("ADEA"), and Plaintiff had ninety days after receiving a notice of a right to sue from the EEOC to file his arbitration demand.

It is **FURTHER ORDERED** that Defendant is **ENJOINED** from attempting to enforce the invalid 300-day filing deadline against Plaintiff.

It is **FURTHER ORDERED** that Plaintiff's deadline to file an application for statutory

1

attorney's fees and case expenses is, if no timely appeal is filed, thirty days from the expiration

of the time for filing an appeal, or, if a timely appeal is filed, thirty days from the filing of the

appellate mandate or order finally disposing of the appeal to the United States Court of Appeals

for the First Circuit.

  **SO ORDERED.**

Dated: May 19, 2026            /s/ Angel Kelley    
                  Hon. Angel Kelley
                  United States District Judge